UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANNON DICKERSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) 1:15-cv-00624-SEB-TAB |
| INDIANA NATIONAL GUARD, OFFICE OF THE ADJUTANT GENERAL OF THE STATE OF INDIANA, COURTNEY P. CARR Adjutant General of the State of Indiana, | ) ) ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendants and against Plaintiff. This cause is dismissed without prejudice.

IT IS SO ORDERED.

Date: 9/7/2016

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Alex Maurice Beeman
BEEMAN LAW
alex@beemanlawoffice.com

Andrea Lynn Ciobanu
CIOBANU LAW, PC
aciobanu@ciobanulaw.com

Nikki G. Ashmore
INDIANA ATTORNEY GENERAL
Nikki.Ashmore@atg.in.gov

Betsy M. Isenberg
OFFICE OF THE ATTORNEY GENERAL
Betsy.Isenberg@atg.in.gov

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE
shelese.woods@usdoj.gov